FILED: October 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1740
(1:23-cv-00706-RDA-WEF)

_____

NYAH SEKEL

      Plaintiff - Appellant

v.

CH MF BTH II, Alexandria Old Town LLC; ALEXAN FLORENCE, Manager; BOZZUTO MANAGEMENT COMPANY, C/O CT Coporation System (Reg. Agent)

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK